# CURRENT OHIO SUPREME COURT CASES
## Weekly Advance Abstract Opinions

17805—Joseph W. Gottlieb v. City of Youngstown et al. Motion for an order directing the Court of Appeals of Mahoning county to certify its record. Overruled.

17807—E. E. Curtis, Safety Director of the City of Canton et al v. the State ex rel. Catherine E. Morgan. Motion for an order directing the Court of Appeals of Stark county to certify its record. Sustained.

17810—C. H. Korner et al v. Gladys Cosgrove. Motion for an order directing the Court of Appeals of Crawford county to certify its record. Sustained.

17812—The Fred R. Jones Co. v. Mary Parker. Motion for an order directing the Court of Appeals of Stark county to certify its record. Overruled.

17813—Henry Edelstein et al v. Claude H. Cook. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Sustained.

17814—Tom Podner v. State of Ohio. Motion for an order directing the Court of Appeals of Stark county to certify its record, and for leave to file petition in error. Overruled.

17816—Joseph Watkins v. Samuel D. Henkel. Motion for an order directing the Court of Appeals of Warren county to certify its record. Sustained.

### Thursday, March 8

17839—Sarah Oetting, Guardian, v. Richard F. Sparks et al; Licking county. Motion to certify record.

17840—Emil Sauer v. John B. Downing; Meigs county. Motion to certify record.

17841—Claude Wyant v. Emma Russell; Lucas county. Motion to certify record.

17834—Erie Railroad Co. v. Martin Kirkendall; Cuyahoga county. Motion to certify record.

17835—The Paddock Hodge Co. v. the Park Pollard Co.; Lucas county. Motion to certify record.

17838—George D. Meeker et al v. John K. Scudder et al.; Hamilton county. Motion to certify record and motion to dismiss petition in error filed as of right.

17832—Fred Cox v. Murtice Cox; Hamilton county. Motion to certify record.

### Friday, March 9

17794—Franklin Alter, Jr.. et al v. the Union Savings Bank and Trust Co. et al; Hamilton county. Motion to certify record.

17848—Pearl K. Riley v. Patrick J. McNicol et al; Columbiana county. Motion to certify record.

17844—Charles E. Marqua v. Carolyn P. Martin; Hamilton county. Motion to certify record.

17850—Woolf Atkin v. Oref Orfaleo; Cuyahoga county. Motion to certify record.

17847—State of Ohio v. John Karayians; Trumbull county. Motion to certify record.

17849—J. J. Boone v. State of Ohio; Hardin county. Motion to certify record.

17843—Warren Carlin v. Wallace Eastman et al; Crawford county. Motion to certify record.

### GENERAL DOCKET
#### Tuesday, February 13

17389—The Cleveland Baptist Association et al v. Samuel Scovil et al; error to the Court of Appeals of Cuyahoga county. Judgment affirmed. Robinson, Jones, Matthias. Day and Allen, JJ., concur.

17479—Maud Bucher v. Plymouth Oil & Gas Co.; error to the Court of Appeals of Wayne county. Judgment affirmed. Marshall, C. J., Robinson, Jones, Matthias, Day and Allen, JJ., concur.

17496—Ernest Joseph Lemieux v. Walter J. Kountz, guardian. Error to the Court of Appeals Lucas county. Judgment reversed. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur.

17622—The State ex rel. Matty Whitaker v. Thomas J. Duffy et al.; in mandamus. Dismissed on motion of plaintiff without record.

17311—John H. Kennedy, Admr., v. George W. Byers; error to the Court of Appeals of Franklin county. Judgment affirmed. Marshall, C. J., Jones, Matthias and Day, JJ., concur. Wanamaker and Allen, JJ., dissent.

17403—Jess L. Ford, Admr., v. the C., C., C. & St. L. Rd. Co.; error to the Court of Appeals of Lorain county. Judgment reversed. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias, Day and Allen, JJ., concur.

17498—Abraham Silverglade et al v. Francis H. Von Rohr, by, etc.; error to the Court of Appeals of Hamilton county. Judgment affirmed. Wanamaker, Robinson, Jones, Day and Allen, JJ., concur.

17644—R. B. Carey, Admr., v. Burton C. Conn; certified by the Court of Appeals of Van Wert county. Judgment affirmed. Marshall, C. J., Wanamaker, Robinson, Jones, Day and Allen, JJ., concur. Matthias, J., took no part in the consideration of decision of the case.

#### Tuesday, February 13

17619—The Village of Euclid et al v. Jacob C. Fisher; error, Cuyahoga county.

17683—State of Ohio ex rel. Edward Bushnell, Trustee, ect., v. Board of County Commissioners, Cuyahoga county; error, Cuyahoga county.

#### Wednesday, March 7

17520—James A. Barnes v. Clyde K. Cristy et al; error, Sandusky county.

17635—The Tax Commission of Ohio ex rel. John G. Price, Attorney General et al v. W. H. Lamprecht, Administrator; error, Cuyahoga county.

### SYLLABI

No. 17389—The Cleveland Baptist Association et al v. Samuel Scovil et al. Error to the Court of Appeals of Cuyahoga County.

REAL ESTATE—(1) Restrictions in sheriff's deed, estoppel to deny restrictions—(2) Church edifice prohibited.

JONES, J.:

1. A realty company made an allotment of a large number of lots, upon which it gave a blanket mortgage. Some of the lots were sold to purchasers by deeds containing various restrictions. Later, the mortgagor defaulted, and foreclosure proceedings were instituted wherein the mortgagor and owners